UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

October 22, 2002

MEMORANDUM TO MR. DOWNING AND TO COUNSEL RE:

United States of America v. $1810 U.S. Currency
Civ. No. AMD 02-1901

Mr. Downing has requested that the court appoint a lawyer to represent him in this forfeiture action. Although the court has that authority, I am not persuaded that under the circumstances of this case an appointment of counsel is appropriate. Therefore the request for appointment of counsel is DENIED.

Mr. Downing has failed to answer the government's interrogatories and the government has filed a motion to compel Mr. Downing to answer the interrogatories. Mr. Downing apparently believes that he will be transported to court for a hearing. I do not expect that a hearing will be held in this case. Thus, if Mr. Downing seriously wishes to contest the government's case, he must answer the interrogatories as best he can, showing why he believes that the money seized from him at the time of his arrest may not be subject to forfeiture. If Mr. Downing fails to produce the evidence which he says he has on or before November 15, 2002, then an order awarding the funds to the government likely will be entered. (**If Mr. Downey has only originals of his pay stubs, etc., then he may mail those to the government and the government will make copies and return the originals to Mr. Downing.**)

I trust that this Memorandum explains this case to Mr. Downing and makes clear what he must do to contest the government's claim.

Despite the informal nature of this memorandum, it is an Order of Court and the clerk shall docket it as such.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt

