IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL NO. AMD-02-1901 |
| | * | |
| $1,810.00 U.S. CURRENCY, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \*

### DEFAULT DECREE OF FORFEITURE

**IT IS ORDERED, ADJUDGED, AND DECREED** on this 20th day of November 2002 that:

1. For the reasons set forth in the Government's Motion to Strike Claim and For a Default Decree of Forfeiture, the claim and Answer of Nathaniel Downing, Jr. is **HEREBY STRICKEN**;

2. The United States of America has provided constructive notice by publication of the pendency of this forfeiture action;

3. The time for the filing of any claim to contest this forfeiture has expired;

4. The United States of America has shown that there was reasonable cause for the seizure of the defendant property under 28 U.S.C. 2465;

5. The defendant property is condemned and all rights, title, and interest of Nathaniel Downing, Jr. and any and all other persons, are hereby **FORFEITED** to the United States of America; and

6. The United States Marshal Service shall dispose of the defendant property and any cost bond in accordance with law; and

7. The clerk of the court shall provide copies of this order to counsel of record.

*Andre M. Davis*
_____
Andre M. Davis
United States District Judge