IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff | : | |
| | : | |
| v. | : | Civil No. AMD 02-1901 |
| | : | |
| $1,810.00 U.S. CURRENCY,<br>     Defendant | : | |

...oOo...

ORDER

On November 20, 2002, this Court entered a default decree of forfeiture after the claimant, Nathaniel F. Downing, Jr., persisted in his failure to respond to the government's proper discovery. Although the Court is sensitive to the fact that Mr. Downing is incarcerated, nevertheless, the record reflects that he has received all of the correspondence from the Court and from the Office of the United States Attorney. On or about December 2, 2002, and January 13, 2003, Mr. Downing has submitted papers to the Clerk's Office, which the Clerk's Office has treated as correspondence for the undersigned judge. I am attaching copies of those papers to this Order.

Treating those papers as motions to enlarge time to appeal, the motion is granted, and Mr. Downing may file an appeal from the default order of forfeiture on or before February 3, 2003.

It is this 13th day of January, 2003, SO ORDERED.

The Clerk shall MAIL copies of this Order to counsel and to Mr. Downing.

_____
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE